DAVID S. BINDER, ESQ.; STATE BAR NO.: 209876
ROGER W. BACKLAR, ESQ.; STATE BAR NO.: 225277
**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:** dbinder@tharpe-howell.com

Attorneys for Defendants,
B. R. & S. ENTERPRISES INC. dba MUEBLERIA PLAZA FURNITURE, ANTOUN KALIOUNDJI (erroneously sued and served as ANTOUN AMISH) and ILHAM KALIOUNDJI (erroneously sued and served as ILHAM AMISH)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>v.<br><br>B. R. & S. ENTERPRISES INC. dba MUEBLERIA PLAZA FURNITURE; ANTOUN AMISH; ILHAM AMISH;<br><br>        Defendants. | Case No.: 1:17-cv-00370-LJO-EPG<br><br>STIPULATION AND ORDER 1) TO CONTINUE SCHEDULING CONFERENCE 2) TO CONTINUE DEADLINE TO FILE JOINT SCHEDULING REPORT AND 3) TO EXTEND DEADLINE FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to United States District Court for the Eastern District of California Local Rule 144(a) & (d) [Extensions], and Federal Rules of Civil Procedure, Rule 16(b)(2) [Good Cause], Plaintiff, JOSE ACOSTA, by and through his counsel, Zachary M. Best, Esq., Mission Law Firm, A.P.C., and Defendants, B. R. & S. ENTERPRISES INC. dba MUEBLERIA PLAZA FURNITURE; ANTOUN KALIOUNDJI (erroneously sued and served as ANTOUN AMISH); and ILHAM KALIOUNDJI (erroneously sued and served as ILHAM AMISH) (collectively "Defendants"), by and through their counsel, David S. Binder, Esq., Tharpe & Howell, LLP, herby stipulate, and request an Order, as follows:

    1. The Scheduling Conference, now set for June 20, 2017, be continued to a date convenient for the Court's calendar on or after July 24, 2017;

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

2. The deadline to file a Joint Scheduling Report be continued to a date based on the new Scheduling Conference date; and

3. That Defendants will have until July 10, 2017 to respond to Plaintiff's initial Complaint filed in this action.

The parties previously stipulated to an extension of time for Defendants to respond to the Complaint that did not exceed 28 days.

The parties seek the requested continuance and extension, and good cause exists for same, because they are exploring settlement and are cautiously optimistic that an informal resolution can be reached between them.. The parties wish to explore and exhaust such settlement efforts prior to incurring unnecessary attorneys' fees and costs, and unnecessarily consuming judicial resources.

This is a matter wherein Plaintiff alleges various violations of the Americans with Disabilities Act and parallel California law at Defendants' retail property. Defendants represent that they recently had a Certified Access Specialist ("CASp") Inspection conducted at the subject property with the intention of, in a timely manner, completing the corrections outlined in the report. .

IT IS SO STIPULATED.

Dated: May 3, 2017                   MISSION LAW FIRM, A.P.C.

By:   /s/ Zachary M. Best    .
ZACHARY M. BEST
Attorneys for Plaintiff
JOSE ACOSTA

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1 | Dated: May 3, 2017 THARPE & HOWELL, LLP
2
3
4 | By: /s/ David S. Binder .
DAVID S. BINDER
5 | ROGER W. BACKLAR
Attorneys for Defendants
6 | B. R. & S. ENTERPRISES INC. dba
MUEBLERIA PLAZA FURNITURE
7 | ANTOUN KALIOUNDJI
(erroneously sued and served as
8 | ANTOUN AMISH) and ILHAM
KALIOUNDJI (erroneously sued and
9 | served as ILHAM AMISH)
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

- 3 -
**STIPULATION AND [PROPOSED] ORDER 1) TO CONTINUE SCHEDULING CONFERENCE 2) TO CONTINUE DEADLINE TO FILE JOINT SCHEDULING REPORT AND 3) TO EXTEND DEADLINE FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT**

ACOSTA V. B.R. & S. ENTERPRISES INC., ET AL.
CASE NO.: 1:17-cv-00370-LJO-EPG

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

Pursuant to the parties' stipulation and for good cause showing, IT IS HEREBY ORDERED that:

1. The Scheduling Conference is continued from June 20, 2017, to August 9, 2017, at 9:30 AM in courtroom 10 before Magistrate Judge Erica P. Grosjean;
2. The parties shall file their Joint Scheduling Report no less than seven days prior to the Scheduling Conference; and
3. Defendants B. R. & S. ENTERPRISES INC. dba MUEBLERIA PLAZA FURNITURE ANTOUN KALIOUNDJI (erroneously sued and served as ANTOUN AMISH) and ILHAM KALIOUNDJI (erroneously sued and served as ILHAM AMISH) shall have until July 10, 2017 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: **May 3, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE