# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>   Plaintiff,<br><br>   v.<br><br>B. R. & S. ENTERPRISES INC., et al.,<br><br>   Defendants. | Case No. **1:17-cv-00370-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 16) |

On September 13, 2017, Plaintiff filed a notice dismissing this action with prejudice. (ECF No. 16.) Defendants have not filed an answer or motion for summary judgment. In light of the dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:   **September 14, 2017**                    /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE

1